**UNITED STATES DISTRICT COURT W.D. OF WASHINGTON AT TACOMA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>**DARNELL DELANE WALKER,**<br><br>　　　　　　Defendant. | **Case No.  CR99-5246 RJB**<br><br>**ORDER DETAINING DEFENDANT PENDING EVIDENTIARY HEARING RE: ALLEGATIONS OF VIOLATION OF CONDITIONS OF SUPERVISION BY UNITED STATES PROBATION OFFICE** |

**THIS MATTER** comes on for hearing on the Petition of the United States Probation Office alleging that the defendant violated the conditions of supervision as set forth in said Petition.

The plaintiff appears through Special/Assistant United States Attorney, ARLEN STORM;
The defendant appears personally and represented by counsel, RUSSELL LEONARD for JEROME KUH.                                                  ;

The defendant having been advised on July 19, 2007 of (a) the alleged violation(s); (b) the right to a hearing; and (c) the maximum sanctions if found to be in violation of supervision; the court holding a hearing this date on the issue of defendant's detention/release status pending the hearing before the Honorable ROBERT J. BRYAN as set forth below;

The court finding probable cause with regard to the allegations set forth in the Violation Report from U.S. Probation dated July 2, 2007;

The court sets an evidentiary hearing before Judge Robert J. Bryan as set forth below:

　　　　　　　　Date:　　August 2, 2007
　　　　　　　　Time:　　2:30 p.m.

Having heard the arguments of counsel, the court directs that <u>the defendant be detained pending the aforementioned evidentiary hearing.</u>

The clerks shall direct copies of this order to counsel for the United States, to counsel for the defendant, the United States Marshal and to the United States Probation Office and/or Pretrial Services Office.

　　　　　　　　　　　　　　　　　　July 25, 2007.


　　　　　　　　　　　　　　　　　　 /s/ J. Kelley Arnold
　　　　　　　　　　　　　　　　　　J. Kelley Arnold, U.S. Magistrate Judge